UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
******************************
GARY KINSEY,

        Plaintiff,

    v.

FRANK BISIGNANO
COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
******************************

Civil Action No. 25-0780

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by JAY CLAYTON, United States Attorney for the Southern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, a new hearing will be offered, and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 16th day of June, 2025 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

                                                  /s/ Jennifer E. Willis
                                                Magistrate Judge Jennifer E. Willis

United States District Court
June 16, 2025

The undersigned hereby consent to the form and entry of the within order.

                JAY CLAYTON
                United States Attorney

By:     /s Kristina Cohn
        Kristina Cohn
        Special Assistant United States Attorney
        Office of Program Litigation, Office 2
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Phone: 212-264-2179
        Email: kristina.cohn@ssa.gov


        OLINSKY LAW GROUP

By:    Howard D. Olinsky
        Attorney for Plaintiff
        250 South Clinton Street
        Suite 210
        Syracuse, NY 13202
        Phone: 315-701-5781
        Email: holinsky@windisability.com