UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 GARY KINSEY,

                          Plaintiff,                25 **CIVIL** 00780 (JW)

        -v-                                          **<u>JUDGMENT</u>**

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Consent Order dated June 16, 2025, that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**Dated:**  New York, New York

       June 16, 2025

                                              **TAMMI M. HELLWIG**
                                              _____
                                                  **Clerk of Court**

                          **BY:**          _____
                                                  **Deputy Clerk**